CITY OF BURLINGTON, A MUNICIPAL CORPORATION OF THE STATE OF NEW JERSEY, APPELLANT, v. PENNSYLVANIA RAILROAD COMPANY, A CORPORATION, RESPONDENT.

Argued February 8, 1928—Decided May 14, 1928.

For the appellant, *Ernest Watts* and *V. Claude Palmer.*

For the respondent, *Bourgeois & Coulomb.*

658

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Judge Jess in the Circuit Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, MINTURN, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, JJ.   13.

*For reversal*—None.